IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STEVEN E. EDWARDS,            )
                              )
            Plaintiff,        )
                              )
    v.                        )     1:11CV77
                              )
UNITED STATES OF AMERICA,     )
et al.,                       )
                              )
            Defendant(s).     )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on March 2, 2011, was served on the parties in this action. Plaintiff objected to the Recommendation. (Doc. 5.)

The court has reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination, which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's complaint (Doc. 1) be, and the same is hereby, DISMISSED pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted. A Judgment dismissing this action will be entered contemporaneously with this Order.

                          /s/ Thomas D. Schroeder
                          United States District Judge

April 18, 2011